IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **JAIME LUEVANO #1655791** | § | |
| | § | |
| **V.** | § | **W-23-CV-677-ADA** |
| | § | |
| **ANTONIO GUTERRES, et al.** | § | |

### ORDER

Jaime Luevano filed a document on the form for filing a Petition for a Writ of Habeas Corpus Under 28 U.S.C. §2241 in the Southern District of New York. That Court determined that Luevano appeared to challenge the validity of his custody and transferred the case to this Court. While Luevano's filing is unclear, he appears to claim that the United Nations Director, U.S. Ambassador, and Securus Technologies are violating his rights in some way and he seeks an "inquiry" in the "public interest."

Luevano has a long history of filing frivolous and abusive litigation throughout the country. *See e.g. Luevano v. United States President of America*, No. 08-CV-0053 (D.D.C. Jan. 2, 2008) (dismissed for failure to state a claim); *Luevano v. Board of Disciplinary Appeals*, No. 5:08-CV-0107 (W.D. Tex. Mar. 20, 2008) (dismissed as frivolous); *Luevano v. Doe*, No. 1:07-CV-1025 (W.D. Tex. Jan. 18, 2008) (dismissed as frivolous); *Luevano v. Perry*, No. 1:07-CV-1026 (W.D. Tex. Jan. 18, 2008) (dismissed as frivolous); *Luevano v. Clinton*, No. 2:08-CV-1360 (E.D.N.Y. Apr. 4, 2008) (dismissed as frivolous); *Luevano v. Richardson*, No. 1:08-CV-781 (D.N.M. Oct. 1, 2008) (dismissed for failure to state a claim); and *Luevano v. Boykin*, No. 5:08-CV-1844 (N.D. Ohio Oct. 31, 2008) (dismissed for failure to state a claim). On March 5, 2012, this Court imposed

sanctions and barred Luevano from filing any pleadings in the Western District of Texas until all of his previously imposed monetary sanctions had been paid. *Luevano v. U.S. District Judge of Abilene, TX*, 6:12-cv-049, (W.D. Tex.). Luevano had also previously been sanctioned in the Western District of Texas. *Luevano v. Officer of Inspector General*, No. SA-11-CA-131-OG (W.D. Tex.), (sanctioned $100 and barred from filing any document in the Western District of Texas until he has paid the sanction in full). Luevano appears to have filed this document in the Southern District of New York in an attempt to circumvent his sanctions.

A review of the Court's records indicates that Luevano has failed to pay his outstanding sanctions. Furthermore, Luevano's filing is also wholly frivolous and clearly baseless. *See Hicks v. Garner*, 69 F.3d 22, 25 (5th Cir. 1995) (court may dismiss a claim if the facts are "clearly baseless . . . fanciful, fantastic, and delusional").

It is therefore **ORDERED** that this case is ADMINISTRATIVELY CLOSED pursuant to the sanction orders in *Luevano v. Officer of Inspector General*, No. SA-11-CA-131-OG (W.D. Tex.) or *Luevano v. U.S. District Judge of Abilene, TX*, No. W-12-CA-049 (W.D. Tex.). The docket record does not indicate Luevano has satisfied his sanctions. Accordingly, Luevano is not authorized to file a new action. Forthcoming submissions other than proof of satisfaction of sanctions will be neither addressed nor acknowledged.

**SIGNED** on September 20, 2023

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE